IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–49–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA REED LEWIS, | |
| Defendant. | |

Defendant Joshua Reed Lewis's unopposed Motion for Early Termination of Supervision is now before the Court. (Doc. 51.) Having considered the factors of 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 51) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 3rd day of January, 2022.

Donald W. Molloy, District Judge
United States District Court